IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ............................................................. PLAINTIFF

v.                                    CASE NO. 4:20CV01422 SWW

$50,040.00 IN U.S. CURRENCY ............................................................. DEFENDANT

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

The United States of America's motion for default judgment (ECF No. 5) is GRANTED. The United States filed a verified complaint *in rem* for forfeiture of $50,040 in U.S. Currency ("the Defendant Currency"), gave notice of the complaint to all required parties, and published notice. (ECF Nos. 3-1 and 3-2). No party filed a claim or answer or otherwise defended the action; therefore, the Clerk entered a default. (ECF No. 4). Default judgment is now entered in favor of the United States under Rule 55(b) of the Federal Rules of Civil Procedure. The Defendant Currency is forfeited. Title is vested in the United States, and all prior claims to the Defendant Currency are extinguished. The Defendant Currency shall be turned over to the United States and disposed of according to law.

The clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of February 2021.

_____
HON. SUSAN WEBBER WRIGHT
United States District Judge